**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER, McCAY, P.A.
BRIAN E. CAINE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856-810-5815)
Attorney for Secured Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mohammed S. Bhuiyan

Case No. 17-33517-RG

Hearing: February 7, 2018

Judge: GAMBARDELLA

**ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 22, 2018**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Mohammed S. Bhuiyan
Case No:  17-33517-RG

Caption of Order:  Order Resolving U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's Objection to Confirmation of Plan

---

Upon consideration of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's ("Secured Creditor") objection to confirmation of the Chapter 13 plan (at docket number 18), and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As it relates to the Secured Creditor's mortgage on the debtor's primary residence located at 47 Redwood Avenue, Paterson NJ 07522, the debtor shall have until April 22, 2018 to either obtain a trial mortgage modification and/or a permanent loan modification.

2. If the Debtors should default in accordance with the terms of this stipulation, then upon certification of default in accordance herewith submitted by Secured Creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and co-debtor stay §1301 with respect to the realty commonly known as 47 Redwood Avenue, Paterson NJ 07522.  The Order submitted to the Court will not require the consent of the Debtors or the Debtors' counsel regarding form or substance, however, the Trustee, Debtor and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.

3. Secured creditor shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed S. Bhuiyan  
    Debtor

Case No. 17-33517-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 23, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db          +Mohammed S. Bhuiyan,    47 Redwood Avenue,    Paterson, NJ 07522-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:  
          Brian E Caine    on behalf of Creditor    U.S. Bank National Association, Et Al  
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
          Christopher J. Balala    on behalf of Debtor Mohammed S. Bhuiyan cbalala@scuramealey.com,  
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com  
          Jill Manzo    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for U.S.  
          BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC  
          TRUST, SERIES 2016-CTT bankruptcy@feinsuch.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 6