UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

In Re:

Mohammed S. Bhuiyan

Order Filed on July 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-33517-RG
Chapter 13
Hearing Date: July 18, 2018

Judge: Gambardella

# ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 27, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Mohammed S. Bhuiyan

Case No:  17-33517-RG

Caption of Order:  Order Resolving U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's Motion for Relief from Stay

Upon consideration of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's (hereinafter "U.S. Bank" or "Movant") Motion for Relief from Stay (at docket number 33), on the basis of alleged post-petition default under the mortgage, and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1. The post-petition arrears as of June 30, 2018 is $1,135.26.

2. The debtor shall file a chapter 13 plan which provides for:

    A) The curing of said pre-petition arrears in the amount of $32,675.47,
    B) The curing of said post-petition arrears of $1,135.26.
    C) Maintenance of post-petition payments directly to Secured Creditor.

3. Secured creditor acknowledges that the Debtor's proposed modified chapter 13 plan filed on July 11, 2018 at docket number 48 sufficiently satisfies paragraph 2 herein.

4. Commencing with July 1 2018 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

**(Page 3)**
Debtor:   Mohammed S. Bhuiyan
Case No:  17-33517-RG

Caption of Order:  Order Resolving U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's Motion for Relief from Stay

5. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $831.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

6. The Chapter 13 Trustee's records shall be adjusted to reflect the terms of this Order.

7. **Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and §1301 co-debtor stay (if applicable) with respect to the realty commonly known as 47 Redwood Avenue, Paterson, New Jersey 07522.  The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtor and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.

8. Movant shall serve a copy of the executed Order on all interested parties who have not yet been served electronically by the Court.