# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17−33517−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed S. Bhuiyan
   47 Redwood Avenue
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−7639

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date: 9/11/18
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scura Wigfield Heyer & Stevens LLP, Debtor's Attorney,

COMMISSION OR FEES
$1,552.50

EXPENSES
$9.66

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 15, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-33517-RG
Mohammed S. Bhuiyan                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 15, 2018
                              Form ID: 137         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db              +Mohammed S. Bhuiyan,    47 Redwood Avenue,    Paterson, NJ 07522-1925
517188204       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517188207       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
517255266        Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517188206      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court:  Ccs/first Savings Bank,    500 East 60th St North,
                  Sioux Falls, SD 57104)
517188209       +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
517188210        Rushmore Service Center,    PO Box 3508,    Sioux Falls, SD 57117
517222851       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517431863        U.S Bank National Association, et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                  Irvine, CA 92619-2708
517188211      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:  Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                  Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:55
                  Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517188205        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 23:52:54      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517188208       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 15 2018 23:53:02      Credit One Bank Na,
                  Po Box 98875,    Las Vegas, NV 89193-8875
517412664        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2018 23:52:27
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517354997       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 15 2018 23:45:39      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN MI 48090-2011
517319565        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 23:53:44
                  Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517402200        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 00:15:18
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                  Norfolk VA 23541
517190386       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 23:52:02      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517431865*       U.S Bank National Association, et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                  Irvine, CA 92619-2708
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                  Page 2 of 2                  Date Rcvd: Aug 15, 2018
                                  Form ID: 137                 Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, Et Al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              David E. Sklar    on behalf of Debtor Mohammed S. Bhuiyan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              David L. Stevens    on behalf of Debtor Mohammed S. Bhuiyan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com;mmack@scura.com
              Jill  Manzo    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for U.S.
               BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC
               TRUST, SERIES 2016-CTT bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```