Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−33517−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed S. Bhuiyan
   47 Redwood Avenue
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−7639

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

*68* − Certification in Opposition to Creditor's Certification of Default (related document:67 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 47 Redwood Avenue, Paterson NJ 07522. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, Et Al, 58 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of U.S. Bank National Association, Et Al. Objection deadline is 12/26/2018. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Proposed Order) filed by Creditor U.S. Bank National Association, Et Al) filed by David E. Sklar on behalf of Mohammed S. Bhuiyan. (Attachments: # 1 Exhibit Payment) (Sklar, David)

Dated: 12/14/18

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court