Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33517−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed S. Bhuiyan
   47 Redwood Avenue
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−7639

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/16/19 at 10:00 AM

to consider and act upon the following:

*68* − Certification in Opposition to Creditor's Certification of Default (related document:67 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 47 Redwood Avenue, Paterson NJ 07522. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, Et Al, 58 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of U.S. Bank National Association, Et Al. Objection deadline is 12/26/2018. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Proposed Order) filed by Creditor U.S. Bank National Association, Et Al) filed by David E. Sklar on behalf of Mohammed S. Bhuiyan. (Attachments: # 1 Exhibit Payment) (Sklar, David)

Dated: 12/14/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed S. Bhuiyan  
    Debtor

Case No. 17-33517-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 14, 2018  
                   Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.  
db           +Mohammed S. Bhuiyan,    47 Redwood Avenue,    Paterson, NJ 07522-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 00:05:45  
             Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021  
                                                                                                                                         TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:  
         Brian E Caine    on behalf of Creditor    U.S. Bank National Association, Et Al  
         bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         David E. Sklar    on behalf of Debtor Mohammed S. Bhuiyan dsklar@scuramealey.com,  
         ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com  
         David L. Stevens    on behalf of Debtor Mohammed S. Bhuiyan dstevens@scuramealey.com,  
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com  
         Jill Manzo    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for U.S. BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT bankruptcy@feinsuch.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 7