Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–33517–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mohammed S. Bhuiyan
47 Redwood Avenue
Paterson, NJ 07522

Social Security No.:
xxx–xx–7639

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 21, 2018.

On 6/24/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date: August 5, 2020
Time: 08:30 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 25, 2020
JAN: wdh

Jeanne Naughton
Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey

In re:                                                      Case No. 17-33517-RG
Mohammed S. Bhuiyan                                         Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Jun 25, 2020
                             Form ID: 185             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db            +Mohammed S. Bhuiyan,    47 Redwood Avenue,    Paterson, NJ 07522-1925
517188204     +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517188207     +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
517255266      Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517188206    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: Ccs/first Savings Bank,    500 East 60th St North,
               Sioux Falls, SD 57104)
517188209     +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
517188210      Rushmore Service Center,    PO Box 3508,    Sioux Falls, SD 57117
517222851     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517431863      U.S Bank National Association, et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
               Irvine, CA 92619-2708
517188211    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2020 23:29:02     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2020 23:29:01     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 23:32:51
               Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517188205      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2020 23:33:36      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517188208     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 25 2020 23:33:04      Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
517412664      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2020 23:33:09
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517354997     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2020 23:29:01     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN MI 48090-2011
517319565      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 23:33:53
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517402200      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 23:33:53
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
517190386     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 23:34:04     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517431865*     U.S Bank National Association, et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
               Irvine, CA 92619-2708
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                Page 2 of 2                  Date Rcvd: Jun 25, 2020
                               Form ID: 185               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    U.S. Bank National Association, Et Al
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          David L. Stevens    on behalf of Debtor Mohammed S. Bhuiyan dstevens@scura.com,
           ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
           om
          Jill  Manzo    on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for U.S.
           BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC
           TRUST, SERIES 2016-CTT bankruptcy@feinsuch.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```