Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 17–33517–RG
                      Chapter: 13
                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed S. Bhuiyan
   47 Redwood Avenue
   Paterson, NJ 07522

Social Security No.:
   xxx–xx–7639

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      8/19/20
Time:     10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$3,225.00,

EXPENSES
$3.36

If this is a chapter 13 case, the fees and expenses awarded:

    ☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 17, 2020
JAN: car

                                                                                          Jeanne Naughton
                                                                                         Clerk