UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on August 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mohammed S. Bhuiyan,

Debtor.

Case No.: 17-33517

Chapter: 13

Judge: RG

Hg. Date: 8/19/20

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____3,225.00_____ for services rendered and expenses in the amount of $_____3.36_____ for a total of $_____3,228.36_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed S. Bhuiyan  
     Debtor

Case No. 17-33517-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 25, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db           +Mohammed S. Bhuiyan,    47 Redwood Avenue,    Paterson, NJ 07522-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
        Brian E Caine     on behalf of Creditor     U.S. Bank National Association, Et Al  
         bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
        David L. Stevens     on behalf of Debtor Mohammed S. Bhuiyan dstevens@scura.com,  
         ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr93878@notify.bestcase.com  
        Jill Manzo     on behalf of Creditor     RUSHMORE LOAN MANAGEMENT SERVICES LLC, as servicer for U.S. BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT bankruptcy@feinsuch.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Rebecca Ann Solarz     on behalf of Creditor     Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 6