UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarotta, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com
Counsel for Debtor

In Re:

Mohammed S. Bhuiyan,
                    Debtor.

Case No.: _____17-33517_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____RG_____

## CERTIFICATION OF SERVICE

1.  I, _Silvia Pereyra_____ :

☐  represent _____ in the this matter.

☒  am the secretary/paralegal for _SWHS&C, LLP_____, who represents

Debtor_____ in the this matter.

☐  am the _____ in the this case and am representing myself.

2.      On _____August 10, 2022_____, I sent a copy of the following pleadings and/or documents
        to the parties listed in the chart below.
         Certification in Opposition to Certification of Default of Standing Trustee.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
        indicated.

Date:    _August 10, 2022_____          /s/ Silvia Pereyra_____
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd #330<br>Fairfield, NJ 07004 | Ch. 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |