Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–33517–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mohammed S. Bhuiyan
  47 Redwood Avenue
  Paterson, NJ 07522

Social Security No.:
  xxx–xx–7639

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/7/22 at 10:00 AM

to consider and act upon the following:

*157* – Certification in Opposition to (related document:155 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 8/10/2022. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by David L. Stevens on behalf of Mohammed S. Bhuiyan. (Stevens, David)

Dated: 8/11/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court