Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 17−33517−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mohammed S. Bhuiyan
  47 Redwood Avenue
  Paterson, NJ 07522

Social Security No.:
  xxx−xx−7639

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/21/22 at 10:00 AM

to consider and act upon the following:

*168* – Certification in Opposition to (related document:167 Creditor's Certification of Default (related document:58 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for Treehouse Series V Trust. Objection deadline is 12/1/2022. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for Treehouse Series V Trust) filed by David L. Stevens on behalf of Mohammed S. Bhuiyan. (Stevens, David)

Dated: 12/2/22

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court