| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer<br>Stevens & Cammarotta, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br>Tel.: 973-696-8391<br>Jamal J. Romero, Esq.<br>jromero@scura.com<br>Counsel for Debtor | Case No.:<br><br>Chapter: | 17-33517<br><br>13 |
| In Re:<br><br>Mohammed S. Bhuiyan,<br><br>Debtor. | Adv. No.:<br><br>Hearing Date:<br><br>Judge: | <br><br>12/21/2022 10:00AM<br><br>RG |

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for SWHS&C, LLP , who represents Debtor in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On December 5, 2022 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Certification in Opposition to Creditor's Certification of Default.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 5, 2022                    /s/ Silvia Pereyra
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Ch.13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Friedman Vartolo LLP<br>c/o Jonathan C. Schwalb<br>1325 Franklin Ave<br>Ste 160<br>Garden City, NY 11530 | Counsel for Rushmore Loan Management Services, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |