Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33517−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed S. Bhuiyan
   47 Redwood Avenue
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−7639

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      3/15/23
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$4,128.50

EXPENSES
$1.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 21, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammed S. Bhuiyan  
    Debtor

Case No. 17-33517-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 21, 2023      Form ID: 137      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohammed S. Bhuiyan, 47 Redwood Avenue, Paterson, NJ 07522-1925 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, c/o FriedmanVartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517188210 | | Rushmore Service Center, PO Box 3508, Sioux Falls, SD 57117 |
| 517188211 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 21 2023 22:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 21 2023 22:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 21 2023 22:59:34 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517188204 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 21 2023 22:44:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517188205 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2023 22:59:20 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517188207 | + | Email/Text: BKPT@cfna.com | Feb 21 2023 22:44:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517255266 | | Email/Text: BKPT@cfna.com | Feb 21 2023 22:44:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517188208 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2023 22:59:36 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517188206 | | Email/Text: BNSFS@capitalsvcs.com | Feb 21 2023 22:44:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517188209 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Feb 21 2023 22:44:00 | Fein, Such, ,Kahn & Shepard, 7 Century Dive, Ste. 201, Parsippany, NJ 07054-4673 |
| 517412664 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 22:59:39 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517354997 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2023 22:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 517319565 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 21 2023 22:59:24 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517402200 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2023 22:59:52 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 519569619 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 21 2023 22:44:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 519569618 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 21 2023 22:44:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 517190386 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 21 2023 22:59:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517222851 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 21 2023 22:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517431863 | | Email/Text: flyersprod.inbound@axisai.com | Feb 21 2023 22:44:00 | U.S Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519691502 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 21 2023 22:44:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, Rushmore Loan Management Services 92619-5004 |
| 519691501 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 21 2023 22:44:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517431865 | * | U.S Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor U.S. Bank National Association Et Al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 21, 2023 | Form ID: 137 | Total Noticed: 25 |

David L. Stevens
    on behalf of Debtor Mohammed S. Bhuiyan dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
    on behalf of Debtor Mohammed S. Bhuiyan jromero@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Jill Manzo
    on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES LLC  as servicer for U.S. BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT bankruptcy@fskslaw.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee for Treehouse Series V Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8