Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33517−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed S. Bhuiyan
   47 Redwood Avenue
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−7639

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 18, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                      Case No. 17-33517-RG

Mohammed S. Bhuiyan                             Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                        User: admin                                         Page 1 of 3

Date Rcvd: May 18, 2023                                Form ID: 148                                   Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohammed S. Bhuiyan, 47 Redwood Avenue, Paterson, NJ 07522-1925 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, c/o FriedmanVartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517188210 | | Rushmore Service Center, PO Box 3508, Sioux Falls, SD 57117 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | May 18 2023 20:34:32 | Rushmore Loan Management Services, LLC as servicer, c/o FriedmanVartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | EDI: RMSC.COM | May 19 2023 00:28:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517188204 | + | EDI: TSYS2 | May 19 2023 00:28:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517188205 | | EDI: CAPITALONE.COM | May 19 2023 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517188207 | + | EDI: CRFRSTNA.COM | May 19 2023 00:28:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 517255266 | | EDI: CRFRSTNA.COM | May 19 2023 00:28:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517188208 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2023 20:48:44 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517188206 | | Email/Text: BNSFS@capitalsvcs.com | May 18 2023 20:35:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 517188209 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 18 2023 20:35:00 | Fein, Such, ,Kahn & Shepard, 7 Century Dive, Ste. 201, Parsippany, NJ 07054-4673 |
| 517412664 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 20:48:40 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517354997 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 20:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517319565 | | EDI: PRA.COM | May 19 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517402200 | | EDI: PRA.COM | May 19 2023 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 519569619 | + | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 20:35:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 519569618 | + | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 20:35:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 517190386 | + | EDI: RMSC.COM | May 19 2023 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517222851 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 18 2023 20:35:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517431863 | | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 20:35:00 | U.S Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519691502 | + | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 20:35:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, Rushmore Loan Management Services 92619-5004 |
| 519691501 | + | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 20:35:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517188211 | | EDI: WFFC.COM | May 19 2023 00:28:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517431865 | * | U.S Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: 148 | Total Noticed: 25 |

**Name**      **Email Address**

Brian E Caine
> on behalf of Creditor U.S. Bank National Association  Et Al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

David L. Stevens
> on behalf of Debtor Mohammed S. Bhuiyan dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
> on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
> on behalf of Debtor Mohammed S. Bhuiyan jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

Jason Brett Schwartz
> on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee for Treehouse Series V Trust jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jill Manzo
> on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES LLC  as servicer for U.S. BANK NATIONAL ASSOCIATION , NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT bankruptcy@fskslaw.com

Jonathan C. Schwalb
> on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee for Treehouse Series V Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
> on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee for Treehouse Series V Trust lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
> magecf@magtrustee.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10